# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151520(62)

SHANNON BITTERMAN,
      Plaintiff-Appellant,

v

CHERYL D. BOLF,
      Defendant-Appellee.

_____/

SC: 151520
COA: 319663
Saginaw CC: 2013-019397-CZ

      On order of the Chief Justice, the motion of defendant-appellee to file a responsive brief to the amicus curiae brief filed by the Michigan Press Association is GRANTED. The responsive brief submitted on February 4, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016



Clerk